**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JOHN RANDALL HOLSTEAD, *et al*,**<br>***Plaintiffs,***<br><br>**v.**<br><br>**CONTINENTAL RESOURCES, INC.,**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **PE:26-CV-00033-DC** |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation (Doc. 13) concerning Plaintiffs' Motion to Remand (Doc. 8).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). No objection having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the R&R and **ORDERS** the case be remanded to the 143rd Judicial District of Reeves County, Texas.

It is so **ORDERED**.

SIGNED this 1st day of September, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE